[No. 17323-5-I. Division One. April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MAYWOOD WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02470-9, James J. Dore, J., entered October 22, 1985. *Affirmed* by unpublished opinion per

Webster, J., concurred in by Ringold, A.C.J., and Swanson, J.